# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**MADELINE COX ARLEO**<br>**UNITED STATES MAGISTRATE JUDGE** | **MARTIN LUTHER KING COURTHOUSE**<br>**50 WALNUT ST.**<br>**ROOM 2060**<br>**NEWARK, NJ 07101**<br>**973-297-4903** |

December 20, 2012

Brendan Morris, Esq.
Massood & Brunsnick
50 Packanack Lake Road East
Wayne, NJ 07470-6663

Paul D. Kelly, Esq.
Wardell, Craig, Annin & Baxter, LLP
41 Grove Street
Haddonfield, NJ 08033

## <u>LETTER ORDER</u>

    Re:    **Orthopaedic Associates v. Aetna, et al.**
               **Civil Action No. 12-6818 (SDW)**

Dear Counsel:

      A settlement conference is scheduled for **Thursday, January 24, 2013 at 12:00 noon.** Plaintiff's counsel will initiate the telephone conference.

      **SO ORDERED.**

                                         *s/Madeline Cox Arleo*
                                         **MADELINE COX ARLEO**
                                         **United States Magistrate Judge**

cc:    Clerk
        Hon. Susan D. Wigenton, U.S.D.J.
        File