

Paul D. Kelly, Esquire
ALSO ADMITTED IN PENNSYLVANIA

PKelly@kwclawyers.com

July 30, 2013

**Via E-Filing Only**
Clerk, United States District Court
  for the District of New Jersey
Martin Luther King Jr. Federal Building & Courthouse
50 Walnut Street
Newark, NJ 07102

     Re:    **Orthopaedic Associates a/s/o A.L. v. Aetna**
            **Civil Action No. 2:12-cv-06818-SDW-MCA**

Dear Sir/Madam:

     This matter was previously the subject of a 60 day Order of Dismissal without Prejudice.

     I now attach a Stipulation and Order of Dismissal that has been executed by Plaintiff's counsel and the undersigned.

     I would ask that you kindly present this to the Court and, if there is no objection by the Court to this form of proposed Order, I ask that it be signed and posted on the Electronic Filing System.

     I thank you for your kind assistance in this regard.

                       Respectfully submitted,

                       CRAIG, ANNIN& BAXTER, LLP

                       Paul D. Kelly

PDK/kw
Attachments
cc:   Andrew Bronsnick, Esquire (Via First-Class Mail)