IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Orthopedic Associates on assignment of A.L.<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>Aetna;; ABC Corp (1-10 (Said names being fictitious and unknown entities),<br><br>　　　　　　　　Defendants. | CIVIL ACTION NO: 2:12-cv-06818-SDW-MCA |

STIPULATION AND ORDER OF DISMISSAL

Plaintiff hereby stipulates the dismissal of the Complaint with prejudice in connection with this matter.

CRAIG, ANNIN & BAXTER, LLP　　　　　　　MASSOOD & BRONSNICK, LLC

_____　　　　　　　_____
Paul D. Kelly, Esquire　　　　　　　　　　　Andrew R. Bronsnick, Esquire
*Attorney for Defendant*　　　　　　　　　　*Attorney for Plaintiff*

Dated: July 30, 2013　　　　　　　　　　　Dated:

The Court having been advised of the resolution of the above-captioned matter and the parties= desire to dismiss the entirety of this matter and for good cause shown it is on this 2nd day of August, 2013, ORDERED that this matter is DISMISSED with prejudice.

_____, USDJ